# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147793

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v                                                        SC: 147793
                                                         COA: 306987
                                                         Wayne CC: 04-017409-FC
EMANUEL WILLIAMS,
      Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the August 6, 2013
judgment of the Court of Appeals is considered, and it is DENIED, because we are not
persuaded that the questions presented should be reviewed by this Court.

        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



Clerk

t1216